UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>          Plaintiff, )<br><br>     v. )<br><br>ALAN MEIRHOFER, )<br><br>          Defendant. )<br>) | CASE NO. MJ24-419<br><br>DETENTION ORDER |

Offense charged:     Possession of Child Pornography; Receipt of Child Pornography

Date of Detention Hearing:     July 23, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant has been charged with a committing an offense involving a victim

DETENTION ORDER
PAGE -1

01 under the age of 18 years.   There is therefore a rebuttable presumption against defendant as to

02 both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

03        2.        Defendant has a lengthy criminal record, including numerous sexual offenses

04 and offenses against multiple child victims.   He has served lengthy terms in prison.   His

05 suggested release address is alleged to have been one of the locations where the alleged offense

06 conduct occurred.   failures to appear with warrant activity.   Pretrial Services reports the

07 defendant is associated with two alias names and two social security numbers.

08        3.        Taken as a whole, the record does not effectively rebut the presumption that no

09 condition or combination of conditions will reasonably assure the appearance of the defendant

10 as required and the safety of the community.

11 It is therefore ORDERED:

12   1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

13        General for confinement in a correction facility separate, to the extent practicable, from

14        persons awaiting or serving sentences or being held in custody pending appeal;

15   2.  Defendant shall be afforded reasonable opportunity for private consultation with

16        counsel;

17   3.  On order of the United States or on request of an attorney for the Government, the person

18        in charge of the corrections facility in which defendant is confined shall deliver the

19        defendant to a United States Marshal for the purpose of an appearance in connection

20        with a court proceeding; and

21   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

22        for the defendant, to the United States Marshal, and to the United State Pretrial Services

DETENTION ORDER
PAGE -2

01      Officer.

02      DATED this 23rd day of July, 2024.

03

04                            Mary Alice Theiler
                             United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3